Shaun Setareh (SBN 204514)
shaun@setarehlaw.com
calendar@setarehlaw.com
Bradley Fagnani(SBN 261330)
bradley@setarehlaw.com
Victoria Mas (SBN 365896)
vmas@setarehlaw.com
**SETAREH LAW GROUP**
420 N. Camden Drive, Suite 100
Beverly Hills, California 90210
Telephone (310) 888-7771
Facsimile (310) 888-0109

Attorneys for Plaintiff
RAFAEL BANKSTON

JANINE M. BRAXTON (SBN 296321)
jbraxton@martensonlaw.com
REINA M. CRUZ (SBN 336018)
rcruz@martensonlaw.com
**MARTENSON, HASBROUCK & SIMON LLP**
5800 Armada Drive, Suite 101
Carlsbad, California 92008
Telephone: (760) 683-8499
Fax: (442) 244-0821

Attorneys for Defendant
CHIPOTLE SERVICES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL BANKSTON, an individual,<br><br>*Plaintiff*,<br><br>vs.<br><br>CHIPOTLE SERVICES, LLC., a Colorado Limited Liability Company; JESUS DOE, an individual and DOES 1 through 50, inclusive,<br><br>*Defendants*. | Case No. 5:26-cv-08284-EKL<br><br>Assigned For All Purposes to the Honorable Eumi K. Lee, Courtroom 7<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER TO WITHDRAW PLAINTIFF'S FIFTH CAUSE OF ACTION AND REMAND ACTION TO STATE COURT** |

**JOINT STIPULATION**

Plaintiff Rafael Bankston ("Plaintiff") and Defendant Chipotle Services, LLC ("Chipotle") (referred to herein with Plaintiff as the "Parties") enter into this Joint Stipulation based on the following facts:

WHEREAS, on August 17, 2026, Defendant Chipotle Services, LLC ("Defendant") removed this action from the Superior Court of the State of California, County of Santa Clara, Case No. 26CV497464, asserting federal question jurisdiction under 28 U.S.C. §§ 1331, 1441, and 1446 based solely on Plaintiff's Fifth Cause of Action for violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681b(b)(3);

WHEREAS, on September 9, 2026, Plaintiff Rafael Bankston ("Plaintiff") filed a motion to remand this action on the ground that Plaintiff lacks Article III standing to pursue the Fifth Cause of Action, and that this Court accordingly lacks subject matter jurisdiction (ECF No. 10);

WHEREAS, on September 10, 2026, the Court struck the motion to remand without prejudice for failure to certify compliance with the meet-and-confer requirement of Section VIII.A of the Court's Standing Order for Civil Cases, and directed the parties to meet and confer regarding a stipulation to withdraw the Fifth Cause of Action, to be followed by a stipulation to remand the remaining causes of action, citing *Washeleski v. City of Campbell*, No. 25-cv-05231-EKL, 2025 WL 3470429 (N.D. Cal. Dec. 3, 2025) (ECF No. 11);

WHEREAS, counsel for the parties met and conferred as required by Section VIII.A of the Court's Standing Order for Civil Cases on October 1, 2026;

WHEREAS, the parties agree that Plaintiff has the right to withdraw his Fifth Cause of Action  thus warranting remand to the Superior Court of the State of California, County of Santa Clara, Case No. 26CV497464;

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, by and through their respective counsel of record, as follows:

1. Plaintiff has prepared a First Amended Complaint, attached hereto as Exhibit A, that is identical in all respects to the operative Complaint except that it omits the Fifth Cause of

Action for violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681b(b)(3) and any remedies sought solely on the basis of this claim. A redline comparing the First Amended Complaint to the operative Complaint is attached hereto as Exhibit B. The Parties consent to the filing of the First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2) and request that it be deemed filed as of the date of the Court's Order on this Stipulation.

2. The parties stipulate that this action shall be REMANDED to the Superior Court of the State of California, County of Santa Clara, Case No. 26CV497464, pursuant to 28 U.S.C. § 1447(c).

3. Each party shall bear its own attorneys' fees and costs incurred in connection with the removal of this action and this Stipulation.

IT IS SO STIPULATED.

Respectfully submitted,

SETAREH LAW GROUP

Dated: October 19, 2026 BY: _/s/Bradley Fagnani_

SHAUN SETAREH
BRADLEY FAGNANI
VICTORIA MAS
Attorneys for Plaintiff
RAFAEL BANKSTON

MARTENSON, HASBROUCK & SIMON LLP

Dated: October 19, 2026 BY: _/s/Reina M. Cruz_

JANINE M. BRAXTON
REINA M. CRUZ
Attorneys for Defendant
CHIPOTLE SERVICES, LLC

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: October 19, 2026 BY: */s/Bradley Fagnani*
Bradley Fagnani

**~~[PROPOSED]~~ ORDER**

The Court has considered the parties' Stipulation to Withdraw Plaintiff's Fifth Cause of Action and Remand Action to State Court, and good cause appearing, HEREBY ORDERS as follows:

Pursuant to the parties' Stipulation and Federal Rule of Civil Procedure 15(a)(2), Plaintiff's First Amended Complaint, attached to the Stipulation as Exhibit A, is deemed filed as of the date of this Order. The First Amended Complaint omits Plaintiff's Fifth Cause of Action for violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681b(b)(3), which is accordingly WITHDRAWN.

Defendant removed this action from the Superior Court of the State of California, County of Santa Clara, Case No. 26CV497464, asserting federal question jurisdiction based solely on the Fifth Cause of Action. Upon withdrawal of that cause of action, the operative pleading presents no claim over which this Court has original jurisdiction. Remand of the entire action is therefore required pursuant to 28 U.S.C. § 1447(c).

IT IS HEREBY ORDERED that this action is REMANDED to the Superior Court of the State of California, County of Santa Clara, Case No. 26CV497464.

IT IS SO ORDERED.

Dated: October 20, 2026

HONORABLE EUMI K. LEE
UNITED STATES DISTRICT JUDGE